UNITED STATES BANKRUPTCY COURT                ap0050
EASTERN DISTRICT OF NEW YORK

IN RE:

DAWN M. CORRIGAN,

                        Debtor.
---------------------------------------------------------

STATEMENT PURSUANT TO LOCAL RULE 10(f)

The undersigned, pursuant to Local Rule 10(f), states that:

I am the attorney for the above-named debtor(s), and am admitted to practice law before this Court.

All services indicated below were performed solely by myself or by my office staff directly under my supervision.

My customary and regularly hourly rate for these services is $200.00 per hour.

That prior to the filing of the petition herein, I have performed the following services:

      Explanation of the purposes and effect of the filing of a Chapter 7 or 13 petition and analysis of whether the filing of such a petition is in the best interest of the debtor(s).

      Interview of the debtor(s) to obtain all necessary information for the preparation of the Chapter 7 or 13 petition, schedules and statement of affairs and a payment plan where necessary.

      Classification of debts; calculations of debts; classification of property of the debtor(s) and calculation of values; recalculation of total debts and property for summary; determination of exemptions and applicable amounts.

      Drafting, preparation and review of petition, schedules and statement of affairs, and related documents and meeting with debtor(s) regarding execution of documents.

      Various conferences with debtor(s) to answer questions and explain effects of the filing.

The total amount of time spent to date for the services rendered stated has been at least 4.25 hours.

I will represent the debtor(s) at the first meeting of creditors and confirmation hearing, if applicable.

Dated:__12/15/04_____
       Islandia, New York

                                                _s/Alan Pressman_____
                                                ALAN PRESSMAN