

**U.S. Department of Justice**

Office of the United States Trustee
*Eastern District of New York (Central Islip Division)*

---

Long Island Federal Courthouse          Telephone:  (631) 715-7800

560 Federal Plaza                                   Fax:   (631) 715-7777
Central Islip, New York 11722-4456

December 28, 2004

Marc Allen Pergament, Esq.
Weinberg, Gross & Pergament, LLP
400 Garden City Plaza, Suite 403
Garden City, New York 11530

        Re:    DAWN M. CORRIGAN
                Case No. 804-87919-511
                Chapter 7

Dear Mr. Pergament:

       You are hereby appointed Successor Trustee for this estate. The amount of your bond is covered by the Blanket Bond of Standing Trustees in Chapter 7 cases issued by Fireman's Fund Insurance Company, which is on file with this office.

       Because your blanket acceptance of appointment is on file (Federal Rules of Bankruptcy Procedure 2010(a), you are required to notify the undersigned in writing within five (5) business days after receipt of this notice only in the event you reject this appointment.

                                        Sincerely yours,

                                  s/ <u>Terese A. Cavanagh</u>
                                  Terese A. Cavanagh
                                  Assistant United States Trustee

TAC: ac

cc: Clerk of United States Bankruptcy Court
    Robert L. Pryor, Esq.

P.S. The §341(a) Meeting will be held on February 2, 2005, at 10:30 A.M., Room 561.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
In Re:

                                                                                   Case No. 804-87919-511

       DAWN M. CORRIGAN,

                                                  NOTICE TO CHAPTER 7 TRUSTEE
                                                  OF APPOINTMENT AND FIXING
                                                      AMOUNT OF BOND

               Debtor(s)
--------------------------------------------------------X

To:    Marc Allen Pergament, Esq.
        Weinberg, Gross & Pergament, LLP
        400 Garden City Plaza, Suite 403
        Garden City, New York 11530

        You have been appointed, pursuant to 11 U.S.C. §701(a), as Interim Trustee of the case of the above named debtor. See 11 U.S.C. §701(c). If no trustee is elected you shall serve as the trustee in this case by operation of law, 11 U.S.C. §702(d).

        The amount of your bond is covered by the bond of Interim Trustees in Chapter 7 cases issued by Fireman's Fund Insurance Company, which is on file with this Office and the Bankruptcy Court. See 11 U.S.C. §322(a); Federal Rules of Bankruptcy Procedure 2010(a),(b). In addition, because your blanket acceptance of appointment is on file (FRBP 2010(a), you are required to notify the undersigned in writing within five (5) business days after receipt of this notice only in the event you reject this appointment.

Dated: Central Islip, New York
          December 28, 2004

                                              s/ Terese A. Cavanagh
                                              ----------------------------------------
                                              Terese A. Cavanagh
                                              Assistant United States Trustee
                                              Eastern District of New York
                                              Long Island Federal Court House
                                              560 Federal Plaza
                                              Central Islip, New York  11722-4456
                                              (631) 715-7800

# PRYOR & MANDELUP, L.L.P.
A Limited Liability Partnership Including Professional Corporations

675 Old Country Road
Westbury, New York 11590-4513

A. Scott Mandelup, P.C.
Robert L. Pryor, P.C.
Randolph E. White
Kenneth A. Reynolds
Anthony F. Giuliano

Cory M. Goffin
Peter Corey *
Brian Barnett**
\* Also admitted in Connecticut
\*\* Also admitted in Florida

Barbara Anson, Paralegal
Margaret D'Agostino, Paralegal

Of Counsel
   Randy Scott Zelin
   Steven H. Sewell

December 23, 2004

Telephone:  (516) 997-0999
Facsimile:   (516) 333-7333

Extension:_____228_____

Terese A. Cavanagh
Assistant United States Trustee
Long Island Federal Courthouse
560 Federal Plaza
Central Islip, NY 11722

Re:   **Dawn M. Corrigan, Case No. 8-04-87919**

Dear Ms. Cavanagh:

    Mr. Pryor has been appointed as interim trustee of the above referenced Chapter 7 bankruptcy case. The first meeting of the creditors is scheduled for January 25, 2005 at 10:30 a.m.

    However, Mr. Pryor has discovered an existing conflict and must respectfully reject the appointment. A copy of the petition is enclosed for your convenience. Thank you.

    Very truly yours,

    PRYOR & MANDELUP, L.L.P.

    By: _____
    Valerie McLean, Legal Assistant

vm/
Enc.

cc: Alan Pressman, Esq.