# United States Bankruptcy Court

Eastern District Of New York
290 Federal Plaza
P.O. Box #9013
Central Islip, NY 11722−9013

IN RE: 	CASE NO: 8−04−87919−mlc

Dawn M. Corrigan

SSN/TAX ID: 	CHAPTER: 7

xxx−xx−7747

DEBTOR(s)

## NOTICE OF APPOINTMENT OF SUCCESSOR TRUSTEE

## NOTICE TO DEBTOR(S), CREDITOR(S) AND INTERESTED PARTIES

Please take notice that:

> Marc A Pergament
> Weinberg Gross & Pergament
> 400 Garden City Plaza
> Suite 403
> Garden City, NY 11530

has been appointed successor trustee in the above captioned case.

Please take further notice that the meeting of creditors previously scheduled herein has been rescheduled for February 2, 2005 at 10:30 AM, at the following location:

**Office of the United States Trustee, Long Island Federal Courthouse, 560 Federal Plaza – Room 561, Central Islip, NY 11722−4437**

ALL OTHER INFORMATION REMAINS UNCHANGED.

Dated: December 29, 2004

For the Court, Joseph P. Hurley, Clerk of Court

**BLnst** [Notice of Appointment of Successor Trustee rev. 07/21/03]