CORRIGNY0059

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NEW YORK, CENTRAL ISLIP DIVISION

IN RE: DAWN M CORRIGAN         :   CHAPTER: 7    TAX ID# 23-2590912
                               :
                               :
                               :   BANKRUPTCY NO: 04-87919-MLC

REQUEST OF CREDITOR PURSUANT TO BANKRUPTCY RULE 2002(g)
PROVIDING ADDRESS FOR SERVICE
OF NOTICES

To the Clerk:

   1.  This request is filed pursuant to Bankruptcy Rule 2002(g) for the purpose of ensuring that the creditors listed below receives all notices required to be mailed under Bankruptcy Rule 2002 at the address below.

   2.  The address to which all such notices should be sent appears below.

   3.  The address below should be substituted for that of the creditor named below.

              Arrow Financial Services LLC
              c/o Becket and Lee, LLP
              P.O. Box 3001
              Malvern, PA 19355-0701

                   By:   /s/Gilbert B. Weisman
                         _____
                         Gilbert B. Weisman
                         Becket and Lee LLP, Attorneys/Agent
                         (610) 644-7800

                         DATE: March 10, 2005

   PET: 12/16/2004

                         ARW